*George F. Hickey* and *William Butler* for appellant.
*George R. Brennan* for respondents.

Withdrawal of appeal in each case permitted on payment of costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

HECTOR W. THOMAS et al., Copartners under the Firm Name of THOMAS & HOUGHTON, Respondents, *v.* HUGO ZELLER et al., Executors of GUSTAV O. ZELLER, Deceased, Appellants.

*Attorney and client — action to recover for professional services — setoff.*

*Thomas* v. *Zeller*, 206 App. Div. 767, affirmed.

(Argued January 17, 1924; decided February 26, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 7, 1923, unanimously affirming a judgment in favor of plaintiffs entered upon a verdict. The action was brought by attorneys against one of their former partners, the defendant Hugo Zeller, and his mother, the executors of the will of Gustav O. Zeller, to recover the reasonable value of professional services. Defendants claim that the plaintiffs agreed to perform a large part of the services in consideration of the surrender by Zeller of an interest in a fee received by the firm, of which he claimed a share.

*Godfrey Goldmark* for appellants.
*Benjamin McClung* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.